IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Sam D

Printed: 9/3/08

Case Number: 04 B 38788
Judge: Squires, John H
Filed: 10/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 12, 2008
Confirmed: December 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,065.92 |  |
| Secured: |  | 7,500.36 |
| Unsecured: |  | 3,864.79 |
| Priority: |  | 2,232.14 |
| Administrative: |  | 2,523.40 |
| Trustee Fee: |  | 879.31 |
| Other Funds: |  | 65.92 |
| Totals: | 17,065.92 | 17,065.92 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,523.40 | 2,523.40 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Honor Finance | Secured | 7,500.36 | 7,500.36 |
| 4. | Internal Revenue Service | Priority | 2,232.14 | 2,232.14 |
| 5. | Jefferson Capital | Unsecured | 154.02 | 535.52 |
| 6. | Comcast Cablevision | Unsecured | 67.56 | 234.33 |
| 7. | Americash Loans, LLC | Unsecured | 56.08 | 194.97 |
| 8. | Americash Loans, LLC | Unsecured | 87.97 | 305.86 |
| 9. | Honor Finance | Unsecured | 112.37 | 390.69 |
| 10. | First Consumers National Bank | Unsecured | 382.16 | 1,328.64 |
| 11. | Check N Go | Unsecured | 63.94 | 222.32 |
| 12. | Resurgent Capital Services | Unsecured | 94.92 | 330.04 |
| 13. | Internal Revenue Service | Unsecured | 92.74 | 322.42 |
| 14. | Capital One | Unsecured |  | No Claim Filed |
| 15. | Foley Belsaw | Unsecured |  | No Claim Filed |
| 16. | Encore | Unsecured |  | No Claim Filed |
| 17. | Trust Receivable Services | Unsecured |  | No Claim Filed |
| 18. | Lou Harris | Unsecured |  | No Claim Filed |
| 19. | Medical Center | Unsecured |  | No Claim Filed |
| 20. | Money Market | Unsecured |  | No Claim Filed |
| 21. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 22. | Trust Receivable Services | Unsecured |  | No Claim Filed |
| 23. | Illinois Lending Corporation | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,367.66 | $ 16,120.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Sam D

Printed: 9/3/08

Case Number: 04 B 38788
Judge: Squires, John H
Filed: 10/19/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 114.75 |
| 4% | 47.08 |
| 3% | 29.43 |
| 5.5% | 204.98 |
| 5% | 88.28 |
| 4.8% | 122.40 |
| 5.4% | 272.39 |
|  | _____ |
|  | $ 879.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

